UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ERIC J. RHETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:08-CV-1188-DDN |
| ) | |
| DFD-COMMISSIONER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's "Petition for Correction & Change Reinstate" [Doc. #5], which this Court has liberally construed as a motion for reconsideration of the Court's Order of Dismissal,[1] is **DENIED**.

**IT IS HEREBY CERTIFIED** that an appeal from this Order would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 10th day of September, 2008.

>   **/s/ Jean C. Hamilton**
>   **UNITED STATES DISTRICT JUDGE**

---

[1] On September 2, 2008, this Court dismissed the instant action under 28 U.S.C. § 1915(e)(2)(B) [Docs. #3 and #4].